994 A.2d 1081

COMMONWEALTH of Pennsylvania, Respondent

v.

Derrick HARVEY, Petitioner.

No. 3 EM 2010.

Supreme Court of Pennsylvania.

May 18, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of May, 2010, the Petition for Leave to File Application for Reconsideration *Nunc Pro Tunc* is **DENIED.**